UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>F. Ronald Elmo, et al.</u>

    v.                                          Civil No. 12-cv-216-LM

<u>Bowditch & Dewey, LLP, et al.</u>


<u>ORDER OF RECUSAL</u>

    I hereby recuse myself from this case.  The case shall be assigned to another judge.

    SO ORDERED.

                                                        _____
                                                         Landya B. McCafferty
                                                         United States Magistrate Judge

Date:  September 10, 2012

cc:  Steven J. Dutton, Esq.
     Richard E. Fradette, Esq.
     Scott H. Harris, Esq.