UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>F. Ronald Elmo, et al.</u>

    v.                                                                Civil No. 12-cv-216-LM

<u>Bowditch & Dewey, LLP, et al.</u>

ORDER OF RECUSAL

I hereby recuse myself from this case.  The case shall be assigned to another judge.

SO ORDERED.

                                            Landya B. McCafferty
                                            United States Magistrate Judge

Date:  September 10, 2012

cc:  Steven J. Dutton, Esq.
     Richard E. Fradette, Esq.
     Scott H. Harris, Esq.